# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:18-CR-005 |
| ) | |
| GEORGE MACK BIRD, III, ) | |
| a/k/a "MACK BIRD," ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Upon consideration of the Motion for Leave of Absence filed by Robert R. McLendon, IV for the dates of June 30, 2018 through July 7, 2018 and from July 15, 2018 through July 21, 2018 for vacation, said motion is hereby GRANTED.

This 11 day of June, 2018.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

criminaldefense\federal\motions\bird\leaveofabsence(order)