IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 318-005 |
| | * | |
| GEORGE MACK BIRD III | * | |

O R D E R

Defendant George Mack Bird III has filed a motion for compassionate release, primarily based upon his claim that his mother's medical condition presents extraordinary and compelling reasons warranting release under 18 U.S.C. § 3582(c)(1)(A). As a secondary reason for release, Defendant cites to his medical issues.

In his motion Defendant correctly notes that prior to the First Step Act only the Director of the Bureau of Prisons ("BOP") could bring a motion for compassionate release. However, Section 603(b) of the First Step Act amended § 3582(c)(1)(A) to permit a defendant to bring a motion for compassionate release after either exhausting administrative rights to appeal the BOP's failure to bring such a motion or the passage of thirty days from the defendant's unanswered request to the warden for such relief. 18 U.S.C. § 3582(c)(1)(A). In this case, Defendant neither alleges

or shows that he has complied with this process. Accordingly, to the extent that Defendant seeks compassionate release, the motion (doc. no. 35) is **DENIED WITHOUT PREJUDICE** because he has failed to exhaust his administrative remedies as required.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE