IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 318-005 |
| | * | |
| GEORGE MACK BIRD III | * | |

O R D E R

Defendant George Mack Bird III has filed a motion for compassionate release based upon his claim that his mother's medical condition presents an extraordinary and compelling reason to warrant release under 18 U.S.C. § 3582(c)(1)(A).[1]  The Government opposes the motion.

The compassionate release provision of § 3582(c)(1)(A) provides a narrow path for a defendant in "extraordinary and compelling circumstances" to leave prison early.  Section 3582(c)(1)(A) requires compassionate release to be consistent with the applicable policy statements issued by the United States

---

[1] Defendant also points out his own medical issues, contending that his condition places him at an increased risk to suffer adverse effects should he contract COVID-19.  Defendant, however, has been released to home confinement by the Bureau of Prisons and is living at the home of his daughter in Atlanta, Georgia.  Because Defendant is no longer in the prison setting, his bid for compassionate release based upon his medical condition is moot.

Sentencing Commission. Application Note 1 to the applicable Policy Statement lists three specific examples of extraordinary and compelling reasons to consider reduction of a defendant's sentence under § 3582(c)(1)(A): (1) a serious medical condition; (2) advanced age; and (3) family circumstances. U.S.S.G. § 1B1.13 n.1(A)-(C). The Application Note also provides a catch-all category not applicable here: "**As determined by the Director of the Bureau of Prisons**, there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with," the aforementioned three categories. Id. n.1(D) (emphasis added).

In his motion, Defendant states that he seeks relief under the third category. Specifically, he contends that his mother is no longer able to afford the assisted living facility in which she lives and that he is the only one that is able to provide adequate care for her. He wishes to live with and care for his mother in her home in Metter, Georgia. Application Note 1(C) provides only two categories of family circumstances that would constitute extraordinary and compelling circumstances: "(i) The death or incapacitation of the caregiver of the defendant's minor child or minor children," or "(ii) The incapacitation of the defendant's spouse or registered partner when the defendant would be the only available caregiver for the spouse or registered partner." The extenuating circumstances of a defendant's mother do not qualify

as an extraordinary and compelling reason justifying release. Accordingly, Defendant has failed to establish that he is entitled to compassionate release.

Upon the foregoing, Defendant's motion for compassionate release (doc. no. 38) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE